Eric J. Fromme (State Bar No. 193517)
efromme@rutan.com
Timothy A. Spivey (State Bar No. 269084)
tspivey@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
CALIFORNIA BANK & TRUST, as assignee of the
FDIC, receiver for Vineyard Bank, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HOWELL & MCNEILL DEVELOPMENT, LLC,<br><br>    Debtor. | Case No. 11-53338<br><br>Chapter 11<br><br>Adversary Proceeding |
| HOWELL & MCNEILL DEVELOPMENT, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>VINEYARD BANK, N.A. and CALIFORNIA BANK & TRUST,<br><br>    Defendants. | Case No. 11-05205<br><br>**DEFENDANT CALIFORNIA BANK & TRUST'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>[Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; and Declaration of Ryan Clark]<br><br>Date: September 8, 2011<br>Time: 9:30 a.m.<br>Dept.: 3099 |

    Defendant California Bank & Trust, as assignee of the FDIC, receiver for Vineyard Bank, N.A. ("***CBT***") requests that this Court order that Plaintiff's Complaint the Complaint for Breach of Contract and Declaratory Relief ("***Complaint***") filed by plaintiff Howell & McNeill Development, LLC ("***Plaintiff***") be dismissed in its entirety pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Court should grant this Motion on the grounds that each claim for relief in the Complaint fails to state a cause of action against CBT.

This Motion is based upon the Notice of Motion, this Motion, the Memorandum of Points and Authorities in Support Thereof, all pleadings and papers on file in this action, and such other and further evidence and oral arguments as may be considered by the Court in ruling upon this Motion.

Dated: August 8, 2011　　　　　　　　　　　RUTAN & TUCKER, LLP


By: /s/ Timothy A. Spivey
　　Timothy A. Spivey
　　Attorneys for Defendant
　　CALIFORNIA BANK & TRUST, as
　　assignee of the FDIC, receiver for Vineyard
　　Bank, N.A.

Rutan & Tucker, LLP
attorneys at law
2461/019005-0105
2246114.1 a08/08/11

Motion To Dismiss
-2-

Case 11-05205    Doc# 5    Filed: 08/08/11    Entered: 08/08/11 17:14:30    Page 2 of 2